December 3, 2004

Mr. John J. McKetta III
Graves Dougherty Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, TX 78701

Mr. Adam Poncio
Law Offices of Cerda & Poncio, P.C.
924 McCullough
San Antonio, TX 78215-1642
Mr. P. M. Schenkkan
Graves Dougherty Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, TX 78701

Ms. Karen Pettigrew
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548

RE: Case Number: 01-0540
 Court of Appeals Number: 13-99-00814-CV
 Trial Court Number: C-5555-98-F

Style: STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. AND WENDY GRAMM
 v.
 ALICIA LOPEZ, ADAN MUNOZ, JR., JUAN LLANES, DIANA MORENO, AND ALBERT
 ALANIZ, ON BEHALF OF THEMSELVES AND AS REPRESENTATIVES OF A CLASS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed substituted
opinion and judgment in the above-referenced cause. (Justice Smith and
Medina not sitting)
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Pauline G. |
| |Gonzalez |
| |Ms. Cathy Wilborn |